516 A.2d 1172

**Carolyn F. SARGENT, Petitioner,**

v.

**J.C. PENNEY AUTO INSURANCE COMPANY, Respondent.**

Supreme Court of Pennsylvania.

Oct. 16, 1986.

Petition for Allowance of Appeal GRANTED, No. 131 E.D. Appeal Docket 1986.